error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [977 NYS2d 664]—Motion for reargument and for other relief denied. Present—Smith, J.P., Centra, Fahey, Peradotto and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND CLAIR CIMINO, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE JACKSON, Appellant. [977 NYS2d 664]—Motion for reargument and for other relief denied. Present—Smith, J.P., Centra, Fahey, Peradotto and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY BANKS, Appellant. [977 NYS2d 664]—Motion for reargument and reconsideration denied. Present—Scudder, P.J., Peradotto, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY L. WINTERS, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis and for other relief denied. Present—Scudder, P.J., Smith, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL A. OSBORNE, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD E. AIKEY, JR., Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON TARO, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ.

■ In the Matter of STATE OF NEW YORK, Respondent, v JODY JAMES TROMBLEY, Appellant. [977 NYS2d 664]—Motion for